UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, Individually and on behalf of a class of similarly situated individuals, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC., )<br>)<br>Defendant. ) | NO. 1:06-CV-01911-CKK |

### DEFENDANT INPHONIC, INC.'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to LCvR 7.1(a), undersigned counsel for InPhonic, Inc. hereby certify, to the best of their knowledge and belief, that InPhonic, Inc. has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Date: November 29, 2006

Respectfully submitted,

/s/ Mitchell R. Berger
Mitchell R. Berger (DC Bar # 385467)
Alexandra E. Chopin (DC Bar # 490736)

**PATTON BOGGS LLP**
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Attorneys for Defendant InPhonic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of November, 2006, I served a copy of the foregoing Defendant InPhonic Inc.'s Corporate Disclosure Statement by electronic filing with the United States District Court for the District of Columbia, addressed as follows:

>John Blim, Esq.
>Jay Edelson, Esq.
>Blim & Edelson, LLC
>53 West Jackson Blvd.
>Suite 1642
>Chicago, Illinois 60604
>
>Stephen H. Ring, Esq.
>Stephen H. Ring, P.C.
>20300 Seneca Meadows Parkway
>Suite 200
>Germantown, MD  20876
>
>John G. Jacobs, Esq.
>Bryan G. Kolton, Esq.
>The Jacobs Law Firm, CHTD
>122 S. Michigan Avenue
>Suite 1850
>Chicago, IL  60603

/s/ Mitchell R. Berger
Mitchell R. Berger