UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>INPHONIC, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)    NO. 1:06-CV-01911-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT INPHONIC, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant InPhonic, Inc. ("InPhonic") hereby moves this Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time within which to respond to Plaintiff Joe Shields' Complaint. Counsel for InPhonic has made a good faith effort to discuss this Motion with Plaintiff's counsel. *See* LCvR 7(m). Plaintiff does not oppose the extension proposed by InPhonic.

As grounds for this Motion, InPhonic submits that:

Plaintiff filed his Complaint on November 8, 2006. Plaintiff's counsel contacted InPhonic on November 9, 2006 to determine whether InPhonic would accept service of the Complaint. InPhonic's undersigned counsel agreed to waive service pursuant to Fed. R. Civ. P. 4(d)(3), which would give InPhonic sixty days to respond to the Complaint, or until and through January 9, 2007. Notwithstanding the waiver agreement, Plaintiff's counsel informed counsel for InPhonic on November 13, 2006 that Plaintiff had inadvertently already served InPhonic with the Complaint. As of the date of filing of this Motion, InPhonic does not have any record of service of process. The Court's docket similarly does not reflect any record of service on InPhonic. The parties therefore have agreed that

InPhonic's time to respond to the Complaint shall be extended until and through January 9, 2007.

InPhonic accordingly moves this Court for an extension of time to respond to the Complaint, until and through January 9, 2007. This is the same amount of time that InPhonic would have had to respond to the Complaint had the parties executed the waiver of service.

Date: November 29, 2006                                    Respectfully submitted,


                                                           /s/ Mitchell R. Berger
                                                           Mitchell R. Berger (DC Bar # 385467)
                                                           Alexandra E. Chopin (DC Bar # 490736)

                                                           **PATTON BOGGS LLP**
                                                           2550 M Street, N.W.
                                                           Washington, D.C. 20037
                                                           Phone: (202) 457-6000
                                                           Fax:    (202) 457-6315

                                                           *Attorneys for Defendant InPhonic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of November, 2006, I served a copy of the foregoing Defendant InPhonic, Inc.'s Unopposed Motion for Extension of Time To Respond to Complaint by electronic filing with the United States District Court for the District of Columbia, addressed as follows:

John Blim, Esq.
Jay Edelson, Esq.
Blim & Edelson, LLC
53 West Jackson Blvd.
Suite 1642
Chicago, Illinois 60604

Stephen H. Ring, Esq.
Stephen H. Ring, P.C.
20300 Seneca Meadows Parkway
Suite 200
Germantown, MD  20876

John G. Jacobs, Esq.
Bryan G. Kolton, Esq.
The Jacobs Law Firm, CHTD
122 S. Michigan Avenue
Suite 1850
Chicago, IL  60603

/s/ Mitchell R. Berger
Mitchell R. Berger