IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:06-cv-01911-CKK |
| v. | ) ) ) | |
| INPHONIC, INC., a Delaware Corporation, | ) ) | **Jury Trial Demanded** |
| Defendant. | ) ) | |

-----------------------------------------------------------x

MOTION FOR ADMISSION *PRO HAC VICE*
OF JOHN G. JACOBS AND BRYAN G. KOLTON

Petitioners, John G. Jacobs and Bryan G. Kolton, through counsel for Plaintiffs, Stephen H. Ring, for their Petitions for Admission *Pro Hac Vice* pursuant to Local Rule 83.2, do state:

1.  Petitioners are attorneys practicing with The Jacobs Law Firm, Chartered, 122 South Michigan Avenue, Suite 1850, Chicago, Illinois, 60603, 312.427.4000. Petitioners have been retained by Plaintiff Joe Shields to represent him and the putative class of similarly situated individuals in the above-styled and numbered cause.

2.  Petitioner John G. Jacobs is a member in good standing of the Bar of the State of Illinois, having been admitted in 1975, and a member in good standing of the Bar of the State of Oklahoma, having been admitted in 1972. He is also licensed to practice before the U.S. District Court, Northern District of Illinois (1976), where he is a member of its specialized Trial Bar, U.S. District Court, Eastern District of Oklahoma (1975), U.S. District Court, Western District of Michigan (2006), U.S. Court Of Appeals, Third Circuit (1989), U.S. Court Of Appeals, Sixth Circuit (1991), the U.S. Court of Appeals, Seventh Circuit (1976), the U.S. Court of Appeals, Tenth Circuit (1976), and the U.S. Supreme Court (1979).

3. Petitioner Jacobs is a member in good standing of all of the aforementioned bars and is not under suspension, discipline or disbarment in any of the bars of which he is a member.

4. Petitioner Jacobs does not reside within the District of Columbia, is not regularly employed in the District of Columbia, and is not regularly engaged in the practice of law in the District of Columbia.

5. In the preceding two years, Petitioner Jacobs has not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

6. Petitioner Bryan G. Kolton is a member in good standing of the Bar of the State of Illinois, having been admitted in 1999. He is also licensed to practice before the U.S. District Court, Northern District of Illinois (2005) and U.S. District Court, Western District of Michigan (2006). Petitioner Kolton is a member in good standing of all of the aforementioned bars and is not under suspension, discipline or disbarment in any of the bars of which he is a member.

7. Petitioner Kolton does not reside within the District of Columbia, is not regularly employed in the District of Columbia, and is not regularly engaged in the practice of law in the District of Columbia.

8. In the preceding two years, Petitioner Kolton has not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

9. Attached hereto as Exhibits "1" and "2" respectively are the Declarations of John G. Jacobs and Bryan G. Kolton, stating that they are in good standing of the respective bars of which they are members, certifying that they have personal familiarity with the Local Rules of this Court, and acknowledging that they shall be subject to the laws applicable to District Of Columbia attorneys with respect to their participation as attorneys in this case.

10. For the purposes of this litigation, petitioners shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

WHEREFORE, Petitioners pray that they be admitted *Pro Hac Vice* for the purpose of representing Plaintiff in this matter and for all other proper relief.

Dated: February 7, 2007

Respectfully submitted,

By: /s/ Stephen H. Ring
Stephen H. Ring

Stephen H. Ring
LAW OFFICES OF STEPHEN H. RING, P.C.
OBA Bank Building
Suite 200
20300 Seneca Meadows Parkway
Germantown, Maryland 20876
Telephone: (301) 540-8180
Telefax: (301) 540-8195

D.C. Bar No. 255562

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOE SHIELDS, individually and on  )
behalf of a class of similarly situated individuals, )
                                   )
                    Plaintiff,     )   No. 1:06-cv-01911-CKK
                                   )
         v.                        )
                                   )
INPHONIC, INC., a Delaware Corporation, )   **Jury Trial Demanded**
                                   )
                    Defendant.     )
-----------------------------------x

## DECLARATION OF JOHN G. JACOBS

I, John G. Jacobs, do hereby state that:

1.  In accordance with Local Rule 83.2 of the United States District Court for the District of Columbia, I submit this Declaration in support of the Motion for my admission *pro hac vice* in the above-captioned case in order to represent Plaintiff Joe Shields and the putative class of similarly situated individuals. I have personal knowledge of the facts set forth herein.

2.  I am an attorney at law and the President of The Jacobs Law Firm, Chartered of Chicago, Illinois.

3.  I am a member in good standing of the Bar of the State of Illinois, having been admitted in 1975, and a member in good standing of the Bar of the State of Oklahoma, having been admitted in 1972. I am also licensed to practice before the U.S. District Court, Northern District of Illinois (1976), where I am a member of its specialized Trial Bar, U.S. District Court, Eastern District of Oklahoma (1975), U.S. District Court, Western District of Michigan (2006), U.S. Court Of

Appeals, Third Circuit (1989), U.S. Court Of Appeals, Sixth Circuit (1991), the U.S. Court of Appeals, Seventh Circuit (1976), the U.S. Court of Appeals, Tenth Circuit (1976), and the U.S. Supreme Court (1979). I am a member in good standing of all of the aforementioned bars and am not under suspension, discipline or disbarment in any of the bars of which I am a member.

4. I have never been the subject of disciplinary proceedings in any jurisdiction. In 1982, I discovered quite by happenstance that at some point earlier, my license to practice in Oklahoma (I was admitted to practice there in 1972) had been suspended because of non-payment of fees during the time I was serving in the United States Navy years earlier. During the time I was in the Navy, the rule changed that now required payment of fees, but I did not know about it because the notice was apparently sent to my mother who did not forward it to me. In any event, the matter, once discovered, was immediately cleared up, the back fees paid, and I was reinstated, where I have remained in good standing ever since up to and including the present.

5. I am not a resident of the District of Columbia, I am not regularly employed in the District of Columbia, and I am not regularly engaged in the practice of law in the District of Columbia.

6. In the preceding two years I have not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

7. I seek to be specifically admitted to the bar of this Court for the purposes of litigating the above-captioned matter because of my familiarity with the facts and legal issues involved in this action.

8. I have personal familiarity with the Local Rules of this Court and agree to

abide by said Rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such actions, as applicable to District of Columbia lawyers and as the Court may deem proper.

9. For the purposes of this litigation, I shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

10. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated this 5th day of February, 2007

_____
John G. Jacobs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:06-cv-01911-CKK |
| v. | ) ) ) | |
| INPHONIC, INC., a Delaware Corporation, | ) ) | **Jury Trial Demanded** |
| Defendant. | ) ) | |

------------------------------------------------------------X

## DECLARATION OF BRYAN G. KOLTON

I, Bryan G. Kolton, do hereby state that:

1. In accordance with Local Rule 83.2 of the United States District Court for the District of Columbia, I submit this Declaration in support of the Motion for my admission *pro hac vice* in the above-captioned case in order to represent Plaintiff Joe Shields and the putative class of similarly situated individuals. I have personal knowledge of the facts set forth herein.

2. I am an attorney at law and associate of The Jacobs Law Firm, Chartered of Chicago, Illinois.

3. I am a member in good standing of the Bar of the State of Illinois, having been admitted in 1999 and am licensed to practice before the U.S. District Court, Northern District of Illinois (2005) and U.S. District Court, Western District of Michigan (2006).

4. I am a member in good standing of all of the aforementioned bars and am not under suspension, discipline or disbarment in any of the bars of which I am a

member. I have never been the subject of disciplinary proceedings in any jurisdiction.

5. I am not a resident of the District of Columbia, I am not regularly employed in the District of Columbia, and I am not regularly engaged in the practice of law in the District of Columbia.

6. In the preceding two years I have not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

7. I seek to be specifically admitted to the bar of this Court for the purposes of litigating the above-captioned matter because of my familiarity with the facts and legal issues involved in this action.

8. I have personal familiarity with the Local Rules of this Court and agree to abide by said Rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such actions, as applicable to District of Columbia lawyers and as the Court may deem proper.

9. For the purposes of this litigation, I shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

10. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated this 6 day of February, 2007.

Bryan G. Kolton