## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) No.  1:06-cv-01911-CKK ) |
| v. | ) Judge Colleen Kollar-Kotelly ) |
| INPHONIC, INC., a Delaware Corporation, | ) **Jury Trial Demanded** ) |
| Defendant. | ) |

---------------------------------------------------------------x

## ORDER GRANTING CLASS CERTIFICATION

This matter comes to the Court on the plaintiff's Motion for Class Certification,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion is granted.

2. The Court hereby certifies a class (the "Class") of individuals as defined as follows:

> All persons residing in the United States who, within four years prior to the filing of this lawsuit, (1) were sent a text message by Defendant and (2) did not provide advance express consent to be sent such text message by Defendant.

3. The Court hereby designates Joe Shields as the representative of the Class.

4. The Court hereby designates John Jacobs of The Jacobs Law Firm, Chtd. and Jay Edelson of Blim & Edelson, LLC along with John Blim and Myles McGuire of Blim & Edelson, LLC, Bryan Kolton of The Jacobs Law Firm, Chtd., and Stephen H. Ring of Stephen H. Ring, P.C., as Class Counsel.

5. The Court hereby orders that the parties will engage in limited discovery to ascertain the best method of notice to be sent to the Class and that they will report back to the Court within 60 days of this order.

_____
United States District Court Judge