UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> INPHONIC, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:06-cv-01911-CKK <br><br> **Jury Trial Demanded** |

## SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

Pursuant to the Court's Minute Entry Order of March 2, 2007, and supplementing their Joint Statement Pursuant to Local Civil Rule 16.3 filed March 2, 2007 (Dkt. #9)("Joint Statement"), Plaintiff Joe Shields ("Plaintiff") and Defendant InPhonic, Inc. ("InPhonic"), through their undersigned counsel, report to the Court as follows:

1.  This lawsuit arises from a text message received by Plaintiff on March 28, 2005, allegedly in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. *See* Joint Statement at 1-2.

2.  The parties previously reported to the Court, in pertinent part, that: "AT&T has represented that its predecessor company, Cingular Wireless—and not InPhonic—sent the text message in question. InPhonic has represented that the text message in question was a Cingular advertisement. Plaintiff notes that, in response to AT&T's representation, he provided both to InPhonic and to AT&T a "Complaint Response Form" that Cingular filed with the Federal Communications Commission wherein it disclaims involvement in the text message received by Plaintiff. Nevertheless, Plaintiff has indicated that if AT&T's documents—which AT&T apparently is attempting to gather—end up supporting AT&T's claim and if AT&T did not charge its

1

customers for the receipt of these text messages, Plaintiff will be inclined to voluntarily dismiss his lawsuit." Joint Statement at 4.

3.  On March 2, 2007, the Court made the following Minute Entry Order: "Pursuant to the request made by the parties in their Joint Statement Pursuant to Local Civil Rule 16.3, the Court will allow the parties a period of three weeks, or until and including March 23, 2007, either to determine that Plaintiff will voluntarily dismiss his claim, or to propose a schedule for summary judgment proceedings prior to the Court addressing Plaintiff's motion for class certification. FURTHER ORDERED that the Initial Scheduling Conference scheduled for March 6, 2007, is hereby vacated and further proceedings are held in abeyance until the further notice by the Court."

4.  In compliance with the Court's Order, the parties have communicated with counsel for AT&T to determine when they would receive documents from AT&T that would enable Plaintiff to decide whether and, if so, how to proceed with this litigation. To date, the parties have not received documents from AT&T. However, on March 21, 2007, counsel for AT&T confirmed in writing to counsel for the parties that "AT&T is working to gather the documents needed to show that Cingular sent the text message at issue in this case. Unfortunately, due to the age of the text message it is taking longer than expected to gather these documents. I expect to have additional information on Friday [March 23, 2007] regarding document production. Therefore, I will be in touch early next week." *See* E-Mail from Kristin Landis to Mitchell Berger and Jay Edelson (copy attached as Exhibit 1 hereto).

5.  The parties respectfully submit that it would be most efficient if they deferred their submission of further case management proposals until after AT&T provides documents showing that Cingular sent the text message at issue. Accordingly, the parties respectfully request that the Court allow them an additional period of two weeks, until and including April 6, 2007, either to

determine that Plaintiff will voluntarily dismiss his claim, or to propose a schedule for summary judgment proceedings prior to the Court addressing Plaintiff's motion for class certification.

Dated March 23, 2007                                    Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Stephen H. Ring (DC Bar #255562) | Mitchell R. Berger (DC Bar # 385467) |
| Eric J. Menhart | Alexandra E. Chopin (DC Bar # 490736) |
| | |
| STEPHEN H. RING, P.C. | PATTON BOGGS LLP |
| 20300 Seneca Meadows Parkway, Suite 200 | 2550 M Street, N.W. |
| Germantown, Maryland  20876 | Washington, D.C. 20037 |
| Phone: (301) 540-8180 | Phone: (202) 457-6000 |
| Fax:    (301) 540-8195 | Fax:    (202) 457-6315 |
| | |
| John Blim | *Attorneys for Defendant InPhonic, Inc.* |
| Jay Edelson | |
| Myles McGuire | |
| BLIM & EDELSON, LLC | |
| 53 West Jackson Boulevard, Suite 1642 | |
| Chicago, Illinois 60604 | |
| Phone: (312) 913-9400 | |
| Fax:    (312) 913-9401 | |

John G. Jacobs
Bryan G. Kolton
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Phone: (312) 427-4000
Fax:    (312) 427-1850

*Attorneys for Plaintiff Joe Shields*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007, the foregoing Supplemental Joint Case Management Statement was served by electronic delivery:

>John Blim
>Jay Edelson
>Myles McGuire
>BLIM & EDELSON, LLC
>53 West Jackson Boulevard, Suite 1642
>Chicago, Illinois 60604


>John G. Jacobs
>Bryan G. Kolton
>THE JACOBS LAW FIRM, CHTD.
>122 South Michigan Avenue, Suite 1850
>Chicago, Illinois  60603


>Stephen H. Ring
>Eric J. Menhart
>STEPHEN H. RING, P.C.
>20300 Seneca Meadows Parkway, Suite 200
>Germantown, Maryland  20876


>        /s/ Mitchell R. Berger
>        Mitchell R. Berger, Esq.

# Exhibit 1

**Berger, Mitchell**

| | |
|---|---|
| From: | Landis, Kristin [klandis@mckennalong.com] |
| Sent: | Wednesday, March 21, 2007 3:12 PM |
| To: | Berger, Mitchell; Jay Edelson |
| Subject: | Shields v. Inphonics |

Gentlemen:

This email is to confirm my telephone conversation today with Mitch Berger wherein I stated that AT&T is working to gather the documents needed to show that Cingular sent the text message at issue in this case. Unfortunately, due to the age of the text message it is taking longer than expected to gather these documents. I expect to have additional information on Friday regarding the document production. Therefore, I will be in touch early next. In the mean time please feel free to contact me should you have any questions. Thank you for your patience regarding this matter.

Truly,

Kristin Hope Landis

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.