IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, ) ) ) | |
| Plaintiff, ) | No. 1:06-cv-01911-CKK |
| v. ) ) | |
| INPHONIC, INC., a Delaware Corporation, ) ) | **Jury Trial Demanded** |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. BLIM, JAY EDELSON AND MYLES MCGUIRE

Petitioners, John M. Blim, Jay Edelson and Myles McGuire through counsel for Plaintiffs, Stephen H. Ring, for their Petitions for Admission *Pro Hac Vice* pursuant to Local Rule 83.2 do state:

1. Petitioners are attorneys practicing with Blim & Edelson, LLC, 53 West Jackson Boulevard, Ste. 1642, Chicago, Illinois, 60604, (312) 913-9400. Petitioners have been retained by Plaintiff Joe Shields to represent him and the putative class of similarly situated individuals in the above-styled and numbered cause.

2. Petitioner John M. Blim is a member of the Bar of the State of Illinois, having been admitted in 1994. He is also licensed to practice before the U.S. District Court, Northern District and the U.S. District Court, Western District of Michigan.

3. Petitioner Blim is a member in good standing of all of the aforementioned bars and is not under discipline or disbarment in any of the bars of which he is a member.

4. Petitioner Blim does not reside within the District of Columbia, is not regularly employed in the District of Columbia, and is not regularly engaged in the practice of law in the District of Columbia.

5. In the preceding two years, Petitioner Blim has not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

6. Petitioner Jay Edelson is a member of the Bar of the State of Illinois, having been admitted in 1997. He is also licensed to practice before the U.S. District Court, Northern District of Illinois and U.S. District Court, Western District of Michigan. Petitioner Edelson is a member in good standing of all of the aforementioned bars and is not under discipline or disbarment in any of the bars of which he is a member.

7. Petitioner Edelson does not reside within the District of Columbia, is not regularly employed in the District of Columbia, and is not regularly engaged in the practice of law in the District of Columbia.

8. In the preceding two years, Petitioner Edelson has not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

9. Petitioner Myles McGuire is a member of the Bar of the State of Illinois, having been admitted in 2006, and the Bar of the State of Wisconsin, having been admitted in 2000. He is also licensed to practice before the U.S. District Court, Eastern District of Wisconsin , U.S. District Court, Northern District of Illinois and U.S. District Court, Western District of Michigan.  Petitioner McGuire is a member in good standing of all of the aforementioned bars and is not under discipline or disbarment in any of the bars of which he is a member.

10. Petitioner McGuire does not reside within the District of Columbia, is not regularly employed in the District of Columbia, and is not regularly engaged in the practice of law in the District of Columbia.

11. In the preceding two years, Petitioner McGuire has not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

12. Attached hereto as Exhibits "1", "2" and "3" respectively are the Declarations of John M. Blim, Jay Edelson and Myles McGuire, stating that they are in good standing of the respective bars of which they are members, certifying that they have personal familiarity with the Local Rules of this Court, and acknowledging that they shall be subject to the laws applicable to District Of Columbia attorneys with respect to their participation as attorneys in this case.

13. For the purposes of this litigation, petitioners shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

WHEREFORE, Petitioners pray that they be admitted *Pro Hac Vice* for the purpose of representing Plaintiff in this matter and for all other proper relief.

Dated this 21st day of May, 2007.

Respectfully submitted,

By: /s/ Stephen H. Ring
Stephen H. Ring

Stephen H. Ring
LAW OFFICES OF STEPHEN H. RING, P.C.
OBA Bank Building
Suite 200
20300 Seneca Meadows Parkway
Germantown, Maryland 20876
Telephone: (301) 540-8180
Telefax: (301) 540-8195

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was placed in U.S. Mail, postage prepaid, addressed to Mitchell R. Berger, Esq., Patton Boggs LLP, 2550 M Street, NW, Washington, DC 20037 on this 21st day of May, 2007.

Stephen H. Ring

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>INPHONIC, INC., a Delaware Corporation, )<br><br>Defendant. ) | No. 1:06-cv-01911-CKK<br><br>**Jury Trial Demanded** |

## DECLARATION OF JOHN M. BLIM

I, John M. Blim, do hereby state that:

1. In accordance with Local Rule 83.2 of the United States District Court for the District of Columbia, I submit this Declaration in support of the Motion for my admission *pro hac vice* in the above-captioned case in order to represent Plaintiff Joe Shields and the putative class of similarly situated individuals.

2. I am an attorney at law and member of Blim & Edelson, LLC, of Chicago, Illinois.

3. I am a member of the Bar of the State of Illinois, having been admitted in 1994 and am licensed to practice before the U.S. District Court, Northern District of Illinois and U.S. District Court, Western District of Michigan.

4. I am a member in good standing of all of the aforementioned bars and am not under discipline or disbarment in any of the bars of which I am a member. I have never been the subject of disciplinary proceedings in any jurisdiction.

5. I am not a resident of the District of Columbia, I am not regularly

employed in the District of Columbia, and I am not regularly engaged in the practice of law in the District of Columbia.

6. In the preceding two years I have not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

7. I seek to be specifically admitted to the bar of this Court for the purposes of litigating the above-captioned matter because of my familiarity with the facts and legal issues involved in this action.

8. I have personal familiarity with the Local Rules of this Court and agree to abide by said Rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such actions, as applicable to District of Columbia lawyers and as the Court may deem proper.

9. For the purposes of this litigation, I shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

10. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated this 13 day of April, 2007.

_____
John M. Blim

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:06-cv-01911-CKK |
| v. | ) ) ) | |
| INPHONIC, INC., a Delaware Corporation, | ) ) | **Jury Trial Demanded** |
| Defendant. | ) ) | |

-------------------------------------------------------------x

### DECLARATION OF JAY EDELSON

I, Jay Edelson, do hereby state that:

1. In accordance with Local Rule 83.2 of the United States District Court for the District of Columbia, I submit this Declaration in support of the Motion for my admission *pro hac vice* in the above-captioned case in order to represent Plaintiff Joe Shields and the putative class of similarly situated individuals.

2. I am an attorney at law and member of Blim & Edelson, LLC, of Chicago, Illinois.

3. I am a member of the Bar of the State of Illinois, having been admitted in 1997 and am licensed to practice before the U.S. District Court, Northern District of Illinois and U.S. District Court, Western District of Michigan.

4. I am a member in good standing of all of the aforementioned bars and am not under discipline or disbarment in any of the bars of which I am a member. I have never been the subject of disciplinary proceedings in any jurisdiction.

5. I am not a resident of the District of Columbia, I am not regularly

employed in the District of Columbia, and I am not regularly engaged in the practice of law in the District of Columbia.

6. In the preceding two years I have not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

7. I seek to be specifically admitted to the bar of this Court for the purposes of litigating the above-captioned matter because of my familiarity with the facts and legal issues involved in this action.

8. I have personal familiarity with the Local Rules of this Court and agree to abide by said Rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such actions, as applicable to District of Columbia lawyers and as the Court may deem proper.

9. For the purposes of this litigation, I shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

10. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated this 13 day of April, 2007.

_____
Jay Edelson

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, ) ) ) ) Plaintiff, ) ) v. ) ) INPHONIC, INC., a Delaware Corporation, ) ) Defendant. ) ----------x | No. 1:06-cv-01911-CKK **Jury Trial Demanded** |

## DECLARATION OF MYLES MCGUIRE

I, Myles McGuire, do hereby state that:

1. In accordance with Local Rule 83.2 of the United States District Court for the District of Columbia, I submit this Declaration in support of the Motion for my admission *pro hac vice* in the above-captioned case in order to represent Plaintiff Joe Shields and the putative class of similarly situated individuals.

2. I am an attorney at law and Of Counsel to Blim & Edelson, LLC, of Chicago, Illinois.

3. I am a member of the Bar of the State of Illinois, having been admitted in 2006, and the Bar of the State of Wisconsin, having been admitted in 2000, and I am licensed to practice before the U.S. District Court, Northern District of Illinois and U.S. District Court, Western District of Michigan.

4. I am a member in good standing of all of the aforementioned bars and am not under discipline or disbarment in any of the bars of which I am a member. I have never been the subject of disciplinary proceedings in any jurisdiction.

5.  I am not a resident of the District of Columbia, I am not regularly employed in the District of Columbia, and I am not regularly engaged in the practice of law in the District of Columbia.

6.  In the preceding two years I have not filed an application to appear as counsel *Pro Hac Vice* in the United States District Court for the District Of Columbia.

7.  I seek to be specifically admitted to the bar of this Court for the purposes of litigating the above-captioned matter because of my familiarity with the facts and legal issues involved in this action.

8.  I have personal familiarity with the Local Rules of this Court and agree to abide by said Rules. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such actions, as applicable to District of Columbia lawyers and as the Court may deem proper.

9.  For the purposes of this litigation, I shall associate with Stephen H. Ring, of the law firm Law Offices of Stephen H. Ring, P.C., a member of the Bar of this Court, who has entered an appearance in this case as an attorney of record for plaintiff.

10. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated this 9 day of May, 2007.

Myles McGuire

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number:   1:06-cv-01911-CKK

First Name/Middle Initial/Last Name   John        M   Blim

Last four digits of Social Security Number   9098

DC Bar ID#: _____

Firm Name   Blim & Edelson, LLC

Firm Address   53 West Jackson Boulevard
               Suite 1642
               Chicago, Illinois 60604

Voice Phone Number   (312) 913-9400

FAX Phone Number   (312) 913-9401

Internet E-Mail Address   john@blimlaw.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:    U.S. District Court for the District of Columbia
                                Attn:  Attorney Admissions
                                333 Constitution Avenue NW, Room 1825
                                Washington, DC  20001

Or FAX to:                      Peggy Trainum
                                U.S. District Court for the District of Columbia
                                (202) 354-3023

Applicant's Signature _____

Blim                          J                 9098
Full Last Name                Initial of        Last 4 Digits SS#
                              First Name

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: 1:06-cv-01911-CKK

First Name/Middle Initial/Last Name  Jay   P  Edelson

Last four digits of Social Security Number  2904

DC Bar ID#: _____

Firm Name  Blim & Edelson, LLC

Firm Address  53 West Jackson Boulevard
Suite 1642
Chicago, Illinois 60604

Voice Phone Number  (312) 913-9400

FAX Phone Number  (312) 913-9401

Internet E-Mail Address  jay@blimlaw.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:   U.S. District Court for the District of Columbia
                              Attn:  Attorney Admissions
                              333 Constitution Avenue NW, Room 1825
                              Washington, DC  20001

Or FAX to:                    Peggy Trainum
                              U.S. District Court for the District of Columbia
                              (202) 354-3023

Applicant's Signature _____

Edelson_____   J___   2904_____
Full Last Name        Initial of   Last 4 Digits SS#
                      First Name

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number:   1:06-cv-01911-CKK

First Name/Middle Initial/Last Name   Myles   P   McGuire

Last four digits of Social Security Number   2915

DC Bar ID#: _____

Firm Name   Blim & Edelson, LLC

Firm Address   53 West Jackson Boulevard
Suite 1642
Chicago, Illinois 60604

Voice Phone Number   (312) 913-9400

FAX Phone Number   (312) 913-9401

Internet E-Mail Address   myles@blimlaw.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.


Please return this form to:      U.S. District Court for the District of Columbia
                                 Attn:   Attorney Admissions
                                 333 Constitution Avenue NW, Room 1825
                                 Washington, DC  20001

Or FAX to:                       Peggy Trainum
                                 U.S. District Court for the District of Columbia
                                 (202) 354-3023



Applicant's Signature   _____

McGuire                  M                 2411
_____              ___               _____
Full Last Name           Initial of        Last 4 Digits SS#
                         First Name