IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOE SHIELDS, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | No.   1:06-cv-01911-CKK |
| v. | ) ) | Judge Colleen Kollar-Kotelly |
| INPHONIC, INC., a Delaware Corporation, | ) ) | **Jury Trial Demanded** |
| Defendant. | ) | |

-------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL**

In accordance with Fed.R.Civ.P. 41(a)(1), Plaintiff hereby dismisses the above-captioned action by the stipulation of all parties who have appeared in this action, each party to bear his or its own costs.


Stipulated by:


/s/ Mitchell Berger (w/ permission)                    /s/ Stephen Ring
Mitchell Berger on behalf of                           Stephen Ring on behalf of
InPhonic, Inc.                                         Joe Shields



Submitted by:

Stephen H. Ring
Law Offices of Stephen H. Ring, P.C.
OBA Bank Building
Suite 200
20300 Seneca Meadows Parkway

Germantown, Maryland 20876
Telephone: (301) 540-8180
Telefax: (301) 540-8195

    And

Mitchell R. Berger  (DC Bar 385467)
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
(202) 457-5601
Attorney for InPhonic, Inc.